Bron E. D'Angelo, Esq., SBN 246819
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: bdangelo@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA FERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. and DOES 1 to 25,<br><br>Defendants. | CASE NO.: 2:20−cv−02264 ODW (RAOx)<br><br>**DISCOVERY MATTER:**<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATION FOR PROTECTIVE ORDER**<br><br>Courtroom:<br>District Judge: Otis D. Wright, II<br>Magistrate Judge: Rozella A. Oliver<br>Complaint Filed: October 31, 2019<br>Trial Date: April 29, 2021 |

## ORDER ON STIPULATION

Base on the parties' stipulation and good cause appearing, the Court hereby ENTERS the Protective Order as set forth.

**IT IS SO ORDERED.**

Dated: 9/16/2020

_____
The Honorable Rozella A. Oliver
United States Magistrate Judge

2354-9207